(October 20, 1982)

■ In the Matter of CITIZENS FOR AN ORDERLY ENERGY POLICY (COEP) et al., Respondents, v COUNTY OF SUFFOLK et al., Appellants. — Appeal from a judgment of the Supreme Court, Suffolk County (Copertino, J.), entered October 8, 1982, which, *inter alia,* granted an application to direct the Suffolk County Board of Elections to omit an advisory referendum regarding the Shoreham Nuclear Power Plant from the ballot of November 2, 1982. Judgment affirmed, without costs or disbursements. We agree with the conclusion of Special Term that in the absence of express constitutional or statutory authority, the County of Suffolk may not provide for an advisory referendum. No such authority exists. Hence, the Suffolk County Legislature is without authority to place the proposed referendum on the general election ballot. Mollen, P. J., Damiani, Niehoff, Rubin and Boyers, JJ., concur.

(October 22, 1982)

■ In the Matter of GEORGE S. COBB, a Suspended Attorney. — Application by George S. Cobb, a suspended attorney, whose period of suspension has expired, for reinstatement to the roll of attorneys and counselors at law. The matter is referred to the Committee on Character and Fitness for the Second Judicial Department, to investigate and report on whether the petitioner (1) complied with the order of suspension of this court, and (2) presently possesses the requisite character and fitness for an attorney and counselor at law. The application will be held in abeyance, pending the committee's report. Mollen, P. J., Damiani, Titone, Lazer and O'Connor, JJ., concur.